1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID VALLIER,                          CASE NO. 1:07-cv-00520-LJO-SMS PC

                   Plaintiff,              ORDER STRIKING MOTION FOR
                                        APPOINTMENT OF COUNSEL
    v.                                  IMPROPERLY FILED WITH THIS COURT

KEN CLARK, et al.,                      (Doc. 10)

                Defendants.

_____/

15
16
17
18

      Plaintiff David Vallier ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was dismissed, with prejudice, on June 19, 2007, and on July 9,2007, plaintiff filed a notice of appeal and a motion seeking the appointment of counsel by the United States Court of Appeal for the Ninth Circuit.

19
20
21
22

      Plaintiff's motion for the Ninth Circuit to appoint counsel for his appeal must be filed at the Ninth Circuit and should not have been filed with this court, as this court may not act of behalf of the Ninth Circuit.  Plaintiff's motion is HEREBY STRICKEN on the ground that it was improperly sent to this court.

23
24

IT IS SO ORDERED.

25

**Dated:   July 11, 2007**                    _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE

26
27
28

1