# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)



FILED
AUG 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

| | |
|---|---|
| DAVID VALLIER,<br><br>        Plaintiff - Appellant,<br>v.<br><br>KEN CLARK; et al.,<br><br>        Defendants - Appellees. | No. 07-16274<br>D.C. No. CV-07-00520-LJO/SMS<br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: _Claim barred by habeas exhaustion rule. Appeal devoid of any stated grounds._

_____
Judge
United States District Court

Date: Aug 13, 2007